```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11072
   KONARD GREG REED
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9718


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/06/2006 and was confirmed 11/08/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
CITIFINANCIAL INC          CURRENT MORTG    7552.41           .00         7552.41
CITIFINANCIAL INC          MORTGAGE ARRE    1738.13           .00           50.66
CITIFINANCIAL              NOTICE ONLY    NOT FILED           .00             .00
WELLS FARGO BANK           CURRENT MORTG   21364.00           .00        21364.00
WELLS FARGO BANK           MORTGAGE ARRE    6976.32           .00          203.33
WELLS FARGO HOME MORTAGE   NOTICE ONLY    NOT FILED           .00             .00
ACCOUNT RECOVERY SERVICE   UNSEC W/INTER NOT FILED           .00             .00
ACCOUNT RECEIVABLE SERVI   NOTICE ONLY    NOT FILED           .00             .00
ACCOUNT RECEIVABLE SERVI   NOTICE ONLY    NOT FILED           .00             .00
AMERICAN EXPRESS CENTURI   UNSEC W/INTER     963.50           .00             .00
HOUSEHOLD FINANCE/ BENEF   UNSEC W/INTER NOT FILED           .00             .00
BP/CITI                    UNSEC W/INTER NOT FILED           .00             .00
CAPITAL ONE                UNSEC W/INTER    1162.01           .00             .00
CARSON PIRIE SCOTT         UNSEC W/INTER NOT FILED           .00             .00
CARSON PIRIE SCOTT         NOTICE ONLY    NOT FILED           .00             .00
B-REAL LLC                 UNSEC W/INTER    3528.08           .00             .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER    1509.19           .00             .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER   15749.71           .00             .00
CITIBANK                   UNSEC W/INTER NOT FILED           .00             .00
CITIBANK                   NOTICE ONLY    NOT FILED           .00             .00
CITIFINANCIAL              NOTICE ONLY    NOT FILED           .00             .00
CACH LLC                   UNSEC W/INTER NOT FILED           .00             .00
CREDIT FIRST NA            UNSEC W/INTER     690.84           .00             .00
CREDIT FIRST NATIONAL AS   NOTICE ONLY    NOT FILED           .00             .00
CREDIT PROTECTION ASSOC    UNSEC W/INTER NOT FILED           .00             .00
CREDIT PROTECTION ASSO     NOTICE ONLY    NOT FILED           .00             .00
CREDIT PROTECTIONS ASS     NOTICE ONLY    NOT FILED           .00             .00
DISCOVER FINANCIAL SERVI   UNSEC W/INTER    4590.81           .00             .00
DISCOVER BANK              NOTICE ONLY    NOT FILED           .00             .00
ENCORE RECEIVABLE MANAGE   UNSEC W/INTER NOT FILED           .00             .00
ENCORE RECEIVABLES         NOTICE ONLY    NOT FILED           .00             .00
ENCORE RECEIVABLE MANAGE   NOTICE ONLY    NOT FILED           .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 11072 KONARD GREG REED
```

```
HARRIS BANK NH              NOTICE ONLY    NOT FILED               .00              .00
ECAST SETTLEMENT CORP       UNSEC W/INTER    913.05                .00              .00
SMC                         UNSEC W/INTER    433.88                .00              .00
JC PENNEY                   NOTICE ONLY    NOT FILED               .00              .00
ST JAMES HOSPITAL           UNSEC W/INTER    857.16                .00              .00
MUTUAL HOSPITAL             NOTICE ONLY    NOT FILED               .00              .00
ST JAMES HOSPITAL C U       NOTICE ONLY    NOT FILED               .00              .00
NICOR GAS                   UNSEC W/INTER NOT FILED                .00              .00
NICOR GAS                   NOTICE ONLY    NOT FILED               .00              .00
NORTH AMERICAN CREDIT       UNSEC W/INTER NOT FILED                .00              .00
ECAST SETTLEMENT CORP       UNSEC W/INTER    520.14                .00              .00
RESURGENT CAPITAL SERVIC    UNSEC W/INTER    929.48                .00              .00
RESURGENT CAPITAL SERVIC    UNSEC W/INTER   1566.34                .00              .00
SEARS                       NOTICE ONLY    NOT FILED               .00              .00
RESURGENT CAPITAL SERVIC    UNSEC W/INTER    581.20                .00              .00
SHERMAN ACQUISITIONS        NOTICE ONLY    NOT FILED               .00              .00
RECOVERY MANAGEMENT SYST    UNSEC W/INTER    582.55                .00              .00
ROUNDUP FUNDING LLC         UNSEC W/INTER   4259.46                .00              .00
ECAST SETTLEMENT CORP       UNSEC W/INTER    311.27                .00              .00
ECAST SETTLEMENT CORP       NOTICE ONLY    NOT FILED               .00              .00
RESURGENT CAPITAL SERVIC    UNSEC W/INTER   1497.85                .00              .00
LEDFORD & WU                DEBTOR ATTY    3,000.00                             3,000.00
TOM VAUGHN                  TRUSTEE                                             2,187.29
DEBTOR REFUND               REFUND                                              1,475.77
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 35,833.46

PRIORITY                                                .00
SECURED                                           29,170.40
UNSECURED                                               .00
ADMINISTRATIVE                                     3,000.00
TRUSTEE COMPENSATION                               2,187.29
DEBTOR REFUND                                      1,475.77
                        ---------------        ---------------
TOTALS                   35,833.46                35,833.46

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE